401 A.2d 366

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Mack TRUESDALE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 27, 1979.

Decided May 21, 1979.

Robert B. Mozenter, Michael S. Durst, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Neil Kitrosser, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Appeal dismissed without prejudice.